**EXHIBIT A**

```
FTDB9            *     INMATE EDUCATION DATA      *    11-14-2014
PAGE 001         *           TRANSCRIPT           *     09:17:54

REGISTER NO: 07414-082    NAME..: MALAVE              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FTD-FORT DIX FCI
```

---------------------------------- EDUCATION INFORMATION ----------------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 09-29-2011 1057 | CURRENT |
| FTD | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-06-2011 1117 | CURRENT |

---------------------------------- EDUCATION COURSES ----------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| FTD GP | BUSINESS ACCOUNTING | 06-09-2014 | 09-24-2014 | P | C | P | 24 |
| FTD GP | TUTOR TRAINING | 10-08-2014 | 10-08-2014 | P | C | P | 3 |
| FTD GP | AUTO TECHNOLOGY | 04-07-2014 | 06-26-2014 | P | C | P | 24 |
| FTD GP | AUTO TECHNOLOGY | 04-07-2014 | 06-26-2014 | P | C | P | 24 |
| FTD GP | BUSINESS LEADERSHIP | 01-06-2014 | 03-30-2014 | P | C | P | 24 |
| FTD GP | GREEN BUILDING & DESIGN-PREP 2 | 10-07-2013 | 12-29-2013 | P | C | P | 24 |
| FTD GP | ACE CLASS IN PORTUGUESE/STAFF | 01-05-2014 | 03-29-2014 | P | C | P | 24 |
| FTD GP | ACE RESTAURANT CONCEPTIONS | 10-07-2013 | 12-29-2013 | P | C | P | 24 |
| FTD GP | PLUMBING - EAST COMPOUND | 07-08-2013 | 09-29-2013 | P | C | P | 24 |
| FTD GP | HOW TO GET PUBLISHED | 07-08-2013 | 09-29-2013 | P | C | P | 24 |
| FTD GP | ACE PROJECT MANAGEMENT | 04-08-2013 | 06-30-2013 | P | C | P | 24 |
| FTD GP | ACE CREATIVE WRITING | 01-07-2013 | 03-31-2013 | P | C | P | 24 |
| FTD GP | FLOOR, TILE HARDWOOD 7:30AM | 02-14-2013 | 04-22-2013 | P | C | M | 105 |
| FTD GP | BRIDGES TO SUCCESS | 02-12-2013 | 04-04-2013 | P | C | P | 24 |
| FTD GP | PARENTING PROG FRI 12:30-2:00 | 09-14-2012 | 03-20-2013 | P | C | P | 20 |
| FTD GP | INTRO TO GREEN TECH | 10-01-2012 | 12-24-2012 | P | C | P | 24 |
| FTD GP | ALTERNATIVE ENERGY/OPPORTUNITY | 10-01-2012 | 12-21-2012 | P | C | P | 24 |
| FTD GP | HOW TO GET PUBLISHED | 10-01-2012 | 12-21-2012 | P | C | P | 24 |
| FTD GP | PARENTING CLS IN SP 1-2:30 WED | 09-14-2012 | 11-28-2012 | P | C | P | 19 |
| FTD GP | TYPING CLASS 0900-1030 M-F | 10-09-2012 | 11-21-2012 | P | C | P | 36 |
| FTD GP | RESUME WRITE CLASS | 09-25-2012 | 09-26-2012 | P | C | P | 6 |
| FTD GP | CAREER DEVELOPMENT | 07-02-2012 | 09-21-2012 | P | C | P | 24 |
| FTD GP | CONSTRUCTION ESTIMATION | 07-02-2012 | 09-21-2012 | P | C | P | 24 |
| FTD GP | BUSINESS LEADERSHIP | 07-02-2012 | 09-21-2012 | P | C | P | 24 |
| FTD GP | SOCIOLOGY | 04-02-2012 | 06-22-2012 | P | C | P | 24 |
| FTD GP | REALESTATE CLASS | 04-02-2012 | 06-22-2012 | P | C | P | 24 |
| FTD GP | BUILD YOUR VOCABULARY | 04-02-2012 | 06-22-2012 | P | C | P | 24 |
| FTD GP | BUSINESS COMMUNICATION | 01-03-2012 | 03-24-2012 | P | C | P | 24 |
| FTD GP | STARTING A BUSINESS | 01-03-2012 | 03-24-2012 | P | C | P | 24 |
| FTD GP | VO TECH HORTICULTURE T/TH AFTN | 01-24-2012 | 07-10-2012 | P | C | M | 105 |
| FTD GP | BUSINESS MATHMATICS | 10-03-2011 | 12-23-2011 | P | C | P | 24 |
| FTD GP | DEVELOP/START A BUSINESS | 10-03-2011 | 12-23-2011 | P | C | P | 24 |

---------------------------------- HIGH TEST SCORES ----------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| TABE D | BATTERY | 12.9 | 11-08-2011 | FTD | 10 | |
| | LANG MECH | 1.1 | 11-08-2011 | FTD | 10 | |
| | LANGUAGE | 9.7 | 11-08-2011 | FTD | 10 | |
| | MATH APPL | 10.3 | 11-08-2011 | FTD | 10 | |
| | MATH COMP | 8.4 | 11-08-2011 | FTD | 10 | |

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
 FTDB9            *           INMATE EDUCATION DATA         *      11-14-2014
 PAGE 002 OF 002  *                TRANSCRIPT               *        09:17:54

 REGISTER NO: 07414-082    NAME..: MALAVE                     FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: FTD-FORT DIX FCI

 ----------------------------- HIGH TEST SCORES -------------------------------
 TEST            SUBTEST        SCORE     TEST DATE    TEST FACL   FORM    STATE
 TABE D          READING         12.9     11-08-2011   FTD          10
                 SPELLING         0.0     11-08-2011   FTD          10
                 TOTAL MATH       9.2     11-08-2011   FTD          10
                 VOCABULARY      12.9     11-08-2011   FTD          10




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```