# Certificate of Completion

### AWARDED TO

## Andres Malave

*In recognition of your training and hands-on work conducted while at FCI Fort Dix. You have completed the Introduction to Horticulture Course*

July 10, 2012

T. Nicholson
Vocational Training Instructor



# CERTIFICATE
## of ACHIEVEMENT

*This certifies that*

**MALAVE, ANDRES**

*Has successfully completed the program requirements for*

**BRAZILIAN PORTUGUESE I**

*At FCI Fort Dix*

March 29, 2014
DATE

A. Cielli
TEACHER

# CERTIFICATE OF COMPLETION FOR PARENTING

is hereby granted to:

**ANDRES MALAVE**

In recognition of completing the FCI Fort Dix Parenting Program

MARCH 1, 2013

_Gmody_
Parenting Coordinator: Gary Moody

# Certificate of Completion



Presented to:

## Andres Malave

In recognition of your successful completion of 36 hours of

Mavis Beacon Typing Course
Fort Dix, New Jersey
November 2012

_Tlui_
T. Rink
Vocational Training Instructor



# FIT Curriculum Committee

Presents this certificate to:

**ANDRES MALAVE**

for completion of:

**Carpet, Resilient & Tile**

Bruce Reeve, Flooring Services Inc.
FIT Director

Gregg Gainey – FCI – Fort Dix
Instructor/Trainer

April 24, 2013
Date



