BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| CO L. Negron | 11·13·2014 |
| FROM: Andres Malave | REGISTER NO.: 07414-082 |
| WORK ASSIGNMENT: GED Tutor | UNIT: 5741 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Mr. Negron,

Please respond below and give the date I started as a Tutor in education and that I am in good standing.

Thank you in advance.

(Do not write below this line)

DISPOSITION: MR. MALAVE STARTED WORK AS A GED TUTOR IN OCTOBER OF 2011. HE IS IN GOOD STANDING.

Signature Staff Member [signature]    Date 11/13/14

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6