UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>ANDRES MALAVE, )<br>    Defendant. ) | Criminal No.  2:10-cr-80-02 |

## **CERTIFICATE OF SERVICE**

I, Stacie Brosky, hereby certify that on the 22nd day of October, 2015, I filed **GOVERNMENT'S RESPONSE TO MOTION TO REDUCE SENTENCE** with the Clerk of the Court and a copy of such filing will be sent via CM/ECF notice to Barclay Johnson, AFPD, Barclay_T_Johnson@fd.org.

                                        */s/ Stacie Brosky*
                                        Stacie Brosky
                                        Legal Assistant