AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
__Judicial__ District of __Vermont__

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2015 OCT 27  PM 3: 53
CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Andres Malave | )<br>)<br>) Case No:  2:10CR80-002<br>)<br>) USM No:  07414-082<br>) |
| Date of Original Judgment:  06/16/2011<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>_____<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __188__ months **is reduced to** __151 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/16/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/27/15

Judge's signature

Effective Date:  11/01/2015
*(if different from order date)*

Hon. William K. Sessions III, United States District Judge
*Printed name and title*